IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41381
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANIBAL CABRERA-PIRIS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-635-ALL
--------------------
October 25, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Anibal Cabrera-Piris appeals his sentence following his guilty-plea conviction of one count of possession of approximately 6025 pounds of marijuana with intent to distribute. He argues that the district court erred in denying him a downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a). Cabrera-Piris has not shown that the district court's determination on this matter, which is entitled to great deference, should be overturned. See United States v. Spires, 79 F.3d 464, 467 (5th Cir. 1996); See United States v. Wilder, 15 F.3d 1292, 1298-99 (5th Cir. 1994). Accordingly, the judgment of the district court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.